IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMY BEYERS, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | |
| | : | NO. 21-3393 |
| JOHN WETZEL, et al., | : | |
| Respondents. | : | |

**ORDER**

**WENDY BEETLESTONE, J.**

**AND NOW**, this 8th day of February, 2021, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus (Doc. No. 1), and the Response thereto (Doc. No. 20), and after review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (Doc. No. 21) and upon consideration of Petitioner's Objections thereto (Doc. No. 22), it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for a Writ of Habeas Corpus is **DENIED** with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of Court shall mark this case **CLOSED.**

BY THE COURT:

/s/Wendy Beetlestone, J.
_____
WENDY BEETLESTONE, J.